**No. 10-7159. Antonio Tovar, Jr., Petitioner v. United States.**

562 U.S. 1075, 131 S. Ct. 674, 178 L. Ed. 2d 502, 2010 U.S. LEXIS 9259.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 387 Fed. Appx. 210.

**No. 10-7160. Joseph Tome, Petitioner v. United States.**

562 U.S. 1075, 131 S. Ct. 674, 178 L. Ed. 2d 502, 2010 U.S. LEXIS 9100.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 611 F.3d 1371.

**No. 10-7167. Jaime Rodriguez, Petitioner v. United States.**

562 U.S. 1075, 131 S. Ct. 675, 178 L. Ed. 2d 502, 2010 U.S. LEXIS 9165.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 387 Fed. Appx. 47.

**No. 10-7168. Jose Francisco Rivas-Chavarria, Petitioner v. United States.**

562 U.S. 1075, 131 S. Ct. 675, 178 L. Ed. 2d 502, 2010 U.S. LEXIS 9177.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 389 Fed. Appx. 685.

**No. 10-7170. Ricardo Morgutia, Jr., Petitioner v. United States.**

562 U.S. 1075, 131 S. Ct. 675, 178 L. Ed. 2d 502, 2010 U.S. LEXIS 9246.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 388 Fed. Appx. 703.

**No. 10-7171. Richard Morrison, Petitioner v. United States.**

562 U.S. 1075, 131 S. Ct. 675, 178 L. Ed. 2d 502, 2010 U.S. LEXIS 9099,

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-7172. Stephen Caracappa, Petitioner v. United States.**

562 U.S. 1075, 131 S. Ct. 675, 178 L. Ed. 2d 502, 2010 U.S. LEXIS 9139.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 614 F.3d 30.

**No. 10-7182. Jimmy Augusto Restrepo, Petitioner v. United States.**

562 U.S. 1075, 131 S. Ct. 676, 178 L. Ed. 2d 502, 2010 U.S. LEXIS 9129.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.